STATE v. MONTIETH

No. 153 PC.

Case below: 23 N.C. App. 498.

. Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. PARKS

No. 5 PC.

Case below: 24 N.C. App. 314.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. POPE

No. 185 PC.

Case below: 24 N.C. App. 217.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. REID

No. 133 PC.

Case below: 23 N.C. App. 217.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. SALAME

No. 51.

Case below: 24 N.C. App. 1.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975. Appeal dismissed ex mero motu for lack of substantial constitutional question.